**NOT FOR PUBLICATION**

MAR 25 2013

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL MONTES-HERNANDEZ, a.k.a. Simon Pedro Ramirez, a.k.a. Simon Pedro Ramirez-Cruz, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 12-71007 <br><br> Agency No. A200-243-116 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Manuel Montes-Hernandez, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying him a continuance.  Our jurisdiction is

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

governed by 8 U.S.C. § 1252. We review for abuse of discretion the agency's denial of a continuance. *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying Montes-Hernandez's request for a continuance for failure to show good cause where Montes-Hernandez had already been granted three continuances for the purpose of preparing and filing a U visa application. *See* 8 C.F.R. § 1003.29 (an immigration judge may grant a motion for a continuance for good cause shown); *Ahmed*, 569 F.3d at 1012-14.

To the extent Montes-Hernandez seeks review of the agency's denial of bond, we lack jurisdiction to review this decision. *See* 8 U.S.C. § 1226(e).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**